AO 93  (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT



for the

Eastern District of California

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | ) |
| | ) Case No. |
| FedEx parcel #802669865702 addressed to "Girtha | ) |
| Davis at 2719 Granite Park Ln, Elk Grove, California, | ) |
| 95758," California, 95758" | ) |

**FILED**

**AUG 2 0 2013**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Case No.
**2 1 3 - SW - 0 4 9 2  AC**

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____EASTERN_____ District of _____CALIFORNIA_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____August 12, 2013_____
*(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Hon. Allison Claire or duty magistrate judge_____.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐for _____ days *(not to exceed 30).*
☐until, the facts justifying, the later specific date of _____.

Date and time issued: __8/2/13  3:22__          _____
                                                    *Judge's signature*

City and state:  __Sacramento, California_____     __Hon. Allison Claire, U.S. Magistrate Judge__
                                                         *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:13-SW-0492 AC | Date and time warrant executed:<br>8-2-13    4:10 p.m. | Copy of warrant and inventory left with:<br>MRS. GIRTHA DAVIS |
| Inventory made in the presence of :<br>S/A BECKY CACERES | | |
| Inventory of the property taken and name of any person(s) seized: | | |

PHOTOGRAPHS WERE TAKEN OF THE PARCEL
AND IT'S CONTENTS WHICH WAS~~#~~ APPROXIMATELY
48 POUNDS OF FROZEN BREAST MILK. NOTHING
WAS SEIZED. THE PARCEL WAS DELIVERED TO
THE RECIPIENT ON THE EXPECTED DELIVERY
DAY.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant
to the designated judge.

Date:    8-19-13

_____
*Executing officer's signature*

CHASE COOK, SPECIAL AGENT
*Printed name and title*

Subscribed, sworn to, and returned before me this date.

_____    8/19/13
*Signature of Judge*                              *Date*